Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Maria Elena PASTOR |
| **Docket Number:** | 2:02CR00043-01 |
| **Offender Address:** | Sacramento, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 05/15/2002 |
| **Original Offense:** | 18 USC 1344, 2 - Bank Fraud, Aiding and Abetting (CLASS B FELONY) |
| **Original Sentence:** | 1 day custody Bureau of Prisons; 5-year term of supervised release concurrent with Case Number 2:01CR00450; $100 special assessment; $67,039.55 restitution. |
| **Special Conditions:** | Search; Financial disclosure; Financial restrictions; DAP; Substance abuse testing; Mental health treatment; 180 days home detention; Co-payment for services. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/15/2002 |
| **Assistant U.S. Attorney:** | Michael Beckwith     **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Candace A. Fry (Appointed)     **Telephone:** (916) 446-9322 |
| **Other Court Action:** | None. |

RE:     Maria Elena PASTOR
        Docket Number: 2:02CR00043-01
        **SUPERSEDING PETITION FOR WARRANT OR SUMMONS**
        **FOR OFFENDER UNDER SUPERVISION**

---

## PETITIONING THE COURT

**(X)    OTHER:** To place the matter on the Court's calendar of April 12, 2006, at 9 a.m., for arraignment on this superseding petition.

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**     **ILLEGAL POSSESSION OF A CONTROLLED SUBSTANCE (METHAMPHETAMINE)**

On or about March 6, 2006, the defendant illegally possessed a controlled substance, namely methamphetamine, in violation of the standard prohibition against illegal possession of controlled substances.

**Charge 2:**     **NEW LAW VIOLATION (FELONY POSSESSION OF A CONTROLLED SUBSTANCE - METHAMPHETAMINE)**

On or about March 6, 2006, the defendant unlawfully possessed a controlled substance, namely methamphetamine, in violation of California Health and Safety Code Section 11377(a), and the standard condition that she not commit another federal, state, or local crime.

**Charge 3:**     **NEW LAW VIOLATION (MISDEMEANOR POSSESSION OF DRUG PARAPHERNALIA)**

RE:     Maria Elena PASTOR
        Docket Number:  2:02CR00043-01
        **SUPERSEDING PETITION FOR WARRANT OR SUMMONS**
        <u>**FOR OFFENDER UNDER SUPERVISION**</u>

On or about March 6, 2006, the defendant unlawfully possessed drug paraphernalia, namely a glass pipe used for smoking controlled substances, in violation of California Health and Safety Code Section 11364, and the standard requirement that she not commit another federal, state, or local crime.

**Charge 4:**     **FAILURE TO NOTIFY THE PROBATION OFFICER OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER**

The defendant failed to notify the probation officer within 72 hours of her March 6, 2006, arrest and March 7, 2006, release on bail by Sacramento County Sheriff's Deputies on charges of Felony Possession of a Controlled Substance and Misdemeanor Possession of Narcotics Paraphernalia, a violation of Standard Condition Number 11 requiring such contact.

**Justification:**     The defendant was granted permission to travel to the Central District of California to visit her mother. While at a security checkpoint at the Sacramento International Airport on March 6, 2006, she was found in possession of a glass pipe and 5.9 grams of a substance that Valtox-tested positive for methamphetamine. She had been seen by the undersigned officer as recently as February 28, 2006, had given no indication of a drug problem and had not requested assistance for treating her drug abuse.

The defendant has been under supervision for nearly four years. She completed a substance abuse treatment and testing program during the first year. She has been employed during most of that time, working for limousine companies as an office manager and a driver. A recent employer informed the undersigned that on February 23, 2006, the defendant was terminated for misappropriation of more than $1,000 cash.

As reflected in paragraph 73 of the presentence report, the defendant has a history of marijuana and methamphetamine abuse. She has participated in counseling and has attended Narcotics Anonymous (NA) meetings.

**RE:    Maria Elena PASTOR**
        **Docket Number:  2:02CR00043-01**
        **SUPERSEDING PETITION FOR WARRANT OR SUMMONS**
        **FOR OFFENDER UNDER SUPERVISION**


The defendant was released from local custody on March 7, 2006, after posting bond.  As of March 14, 2006, more than 72 hours after her release from custody, she had not notified the probation officer of her arrest.

**Bail/Detention:**    The defendant has been detained since her March 14, 2006, arrest on the original warrant.  The case is already scheduled on the Court's calendar of April 12, 2006, at 9:00 a.m., for further proceedings.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:    March 28, 2006
                    Sacramento, California
                    JAP:jz

                            Respectfully submitted,

                             /s/   John A. Poglinco

                        **JOHN A. POGLINCO**
                    **Senior United States Probation Officer**
                        Telephone:  (916) 930-4303


**REVIEWED BY**:    /s/   Lori L. Koehnen   (for)
                    **KYRIACOS M. SIMONIDIS**
                    **Supervising United States Probation Officer**

**RE:   Maria Elena PASTOR**
    **Docket Number:  2:02CR00043-01**
    **SUPERSEDING PETITION FOR WARRANT OR SUMMONS**
    **FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( x )   Other:   That the matter be placed on the Court's calendar of April 12, 2006, at 9:00 a.m., for arraignment on this superseding petition.

**Date: March 31, 2006**

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:   United States Probation
    Michael Beckwith, Assistant United States Attorney

    United States Marshal Service

Attachment:  Presentence Report   (Sacramento only)

# SUPERSEDING STATEMENT OF EVIDENCE OF ALLEGED
# SUPERVISED RELEASE VIOLATIONS

Honorable William B. Shubb
United States District Judge
Sacramento, California

                                      RE:    Maria Elena PASTOR
                                                      Docket Number:   2:02CR00043-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**     **ILLEGAL POSSESSION OF A CONTROLLED SUBSTANCE (METHAMPHETAMINE)**

       **A.**     **Evidence:**

             (1)     Sacramento County Sheriff's Department Report Number 06-17353 dated March 6, 2006, recounting the defendant's arrest at the Sacramento International Airport that same evening after she was found in possession of a glass pipe and 5.9 grams of a white powdery substance that Valtox-tested positive for methamphetamine.

       **B.**     **Witnesses:**

             (1)     Senior United States Probation Officer John A. Poglinco, the undersigned, will testify to the means by which he was notified of the defendant's arrest.

**RE:   Maria Elena PASTOR**
**Docket Number:  2:02CR00043-01**
**STATEMENT OF EVIDENCE**

(2)   Sheriff's Deputy L. Vertrees will testify regarding the contents of the above-noted arrest report.

**Charge 2:   NEW LAW VIOLATION (FELONY POSSESSION OF A CONTROLLED SUBSTANCE - METHAMPHETAMINE)**

A.   **Evidence:**

(1)   Sacramento County Sheriff's Department Report Number 06-17353 dated March 6, 2006, recounting the defendant's arrest at the Sacramento International Airport that same evening after she was found in possession of a glass pipe and 5.9 grams of a white powdery substance that Valtox-tested positive for methamphetamine.

B.   **Witnesses:**

(1)   Senior United States Probation Officer John A. Poglinco, the undersigned, will testify to the means by which he was notified of the defendant's arrest.

(2)   Sheriff's Deputy L. Vertrees will testify regarding the contents of the above-noted arrest report.

7

Rev.04/2005
PROB12C.TSR(NORTHERN).MRG

RE:     Maria Elena PASTOR
        Docket Number:  2:02CR00043-01
        **STATEMENT OF EVIDENCE**

**Charge 3:    NEW LAW VIOLATION (MISDEMEANOR POSSESSION OF DRUG PARAPHERNALIA)**

    **A.   Evidence:**

        (1)   Sacramento County Sheriff's Department Report Number 06-17353 dated March 6, 2006, recounting the defendant's arrest at the Sacramento International Airport that same evening after she was found in possession of a glass pipe and 5.9 grams of a white powdery substance that Valtox-tested positive for methamphetamine.

    **B.   Witnesses:**

        (1)   Senior United States Probation Officer John A. Poglinco, the undersigned, will testify to the means by which he was notified of the defendant's arrest.

        (2)   Sheriff's Deputy L. Vertrees will testify regarding the contents of the above-noted arrest report.

**Charge 4:    FAILURE TO NOTIFY THE PROBATION OFFICER OF BEING ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER**

    **A.   Evidence:**

        (1)   Sacramento County Jail records indicating the defendant was released from custody on March 7, 2006, after posting bond.

RE:   Maria Elena PASTOR
      Docket Number:  2:02CR00043-01
      **STATEMENT OF EVIDENCE**

>    B.   **Witnesses:**
>
>    (1)   Senior United States Probation Officer John A. Poglinco, the undersigned, will testify that as of March 14, 2006, more than 72 hours after the defendant was released from custody as described above, the defendant had not notified the probation officer of her arrest and police contact.
>
>                       Respectfully submitted,
>
>              /s/   John A. Poglinco
>
>              **JOHN A. POGLINCO**
>              **Senior United States Probation Officer**

**DATED:**   March 28, 2006
             Sacramento, California
             JAP:jz


**REVIEWED BY**:   /s/   Lori L. Koehnen  (for)
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**

## SUPERSEDING REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**   Maria Elena PASTOR          **Docket Number:**  2:02CR00043-01

**Date of original offense:**  02/1997 through 04/1997

**Original term of supervised release imposed:**  5 **years.**

**Highest grade of violation alleged:**          B

**Criminal History Category of offender:**       I

**Chapter 7 range of imprisonment:**  4 **to** 10 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**  (*choose one below*)

|   |   |
|---|---|
| __ | **Class A felony - 5 years (or stat max of __ years if longer).** |
| X  | **Class B felony - 3 years** |
| __ | **Class C and/or D felony - 2 years** |
| __ | **Class E felony and misdemeanors:  1 year** |

**Violation requires mandatory revocation:  YES:   X    NO:  ___  .**

<u>**Original offense committed after 09/13/94**</u>**:**  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## **MANDATORY REVOCATION ISSUES**

<u>**Original offense committed after 09/13/94**</u>**:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

<u>**Positive/Failed Drug Tests after 11/02/2002**</u>**:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

March 28, 2006
JAP:jz